No. 5700. PORTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5701. IVY v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied.

No. 5702. KIZERE v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5705. ADAMS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 5706. BASKERVILLE v. DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5709. BOWLES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5710. SHOLE v. HOWARD ET AL., JUDGES. C. A. 4th Cir. Certiorari denied.

No. 5715. SWAN v. YOUNG, WARDEN. Sup. Ct. Minn. Certiorari denied.

No. 5718. MILLER v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 5719. DANIEL v. ZELKER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5720. RAPP v. SIGLER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 5726. GONZALES v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5723. CREIGHTON, AKA EVANS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.